# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:05-CV-534-DCK

| | |
|---|---|
| TANNA R. PHIPPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Petition For Writ of Mandamus" (Document No.1) filed December 28, 2005. There has been no further activity in this case since the filing of this motion. Upon careful review the undersigned has determined that the motion should be <u>denied</u>. Plaintiff's filing provides no indication of service of process on Defendant as required by Federal Rule of Civil Procedure 5.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Petition For Writ of Mandamus" (Document No. 1) is **DENIED WITHOUT PREJUDICE**. Plaintiff may reassert an appropriate motion in this matter, along with proper service on Defendant, on or before **July 27, 2007**.

Signed: July 11, 2007

David C. Keesler
United States Magistrate Judge